# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 19-29844 |
| Timothy E Logan | ) | Chapter 13 |
| Kimberly J Logan | ) | Judge: LaShonda A. Hunt |
| Debtors | ) | |

## NOTICE OF MOTION AND CERTIFICATE OF SERVICE

Timothy E Logan  
Kimberly J Logan  
704 Overlook Court  
Minooka, IL  60447

DAVID M SIEGEL  
790 CHADDICK DR  
WHEELING, IL  60090

Please take notice that on February 14, 2020 at 10:45 am, a representative of this office shall appear before the Honorable Judge Lashonda A. Hunt, at the Joliet City Hall, 150 West Jefferson Street, 2nd Floor, Joliet, IL  60432 and present the motion set forth below.  **Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

I certify that this office caused a copy of this notice to be delivered to the above listed debtors by depositing it in the U.S. Mail at 801 Warrenville Road, Lisle, IL and to the debtor's attorney electronically via the Court's CM/ECF system on January 31, 2020.

/s/   Gerald Mylander  
FOR: Glenn Stearns, Chapter 13 Trustee

---

## MOTION TO DISMISS FOR UNREASONABLE DELAY

Now comes Glenn Stearns, Chapter 13 Trustee, and requests dismissal of the above case pursuant to 11 U.S.C. Section 1307 (c) and in support thereof, states the following:

1. The Debtors filed a petition under Chapter 13 on Monday, October 21, 2019.
2. The Debtors have failed to:
    a. File an amended plan.
3. As a result, the Debtors have failed to comply with the Bankruptcy Code and have caused an unreasonable delay that is prejudicial to creditors.

WHEREFORE,  the Trustee prays this case be dismissed for cause pursuant to Section 1307 (c).

Respectfully Submitted;

Glenn Stearns, Chapter 13 Trustee  
801 Warrenville Road, Suite 650  
Lisle, IL  60532-4350

/s/   Gerald Mylander  
FOR: Glenn Stearns, Chapter 13 Trustee