UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:    19-29844 |
| TIMOTHY E. LOGAN AND | ) | |
| KIMBERLY J. LOGAN, | ) | Chapter: 13 |
| | ) | Honorable LaShonda Hunt |
| | ) | Joliet |
| Debtor(s) | ) | |

**ORDER SUSTAINING OBJECTION TO CLAIM NO. 4.1 (INTERNAL REVENUE SERVICE)
AND 10.1 (INTERNAL REVENUE SERVICE)**

THIS MATTER coming to be heard upon the Debtor's Objection to Claims, the Court having jurisdiction over the parties and the subject matter and being duly advised in the premises and due notice having been given to the parties entitled thereto:

It is hereby ORDERED:

1)  Claim No. 4.1 by the Internal Revenue Service is disallowed.

Enter:    *LaShonda A. Hunt*

Honorable LaShonda A. Hunt
United States Bankruptcy Judge

Dated:  February 14, 2020

**Prepared by:**

Christine H. Clar, ARDC #6202332
Attorney for the Debtor
DAVID M. SIEGEL & ASSOCIATES, LLC
790 Chaddick Drive
Wheeling, IL  60090
847/520-8100
davidsiegelbk@gmail.com