UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| In Re: | ) | BK No.: 19-29844 |
|---|---|---|
| Timothy E. Logan | ) | |
| Kimberly J. Logan | ) | Chapter: 13 |
| | ) | Honorable LaShonda Hunt |
| | ) | Will |
| | ) | |
| Debtor(s) | ) | |

### ORDER GRANTING DISMISSAL FOR FAILURE TO MAKE PLAN PAYMENTS

THIS CAUSE coming to be heard on the motion of U.S. Bank National Association, as successor in interest to Bank of America National Association, successor by merger to LaSalle Bank National Association, as Trustee for C-BASS Trust 2006-CB9, C-BASS Mortgage Loan Asset-Backed Certificates, Series 2006-CB9, a secured creditor herein, to dismiss the Debtor's case, the Court having jurisdiction over the subject matter and due notice having been given for the reasons stated on the record:

WHEREFORE, IT IS HEREBY ORDERED:

Pursuant to 11 U.S.C. §1307 the case is hereby dismissed;

Enter: *LaShonda A. Hunt* (signature)

Honorable LaShonda A. Hunt
United States Bankruptcy Judge

Dated: March 19, 2021

**Prepared by:**

Joel P. Fonferko  ARDC#6276490
Codilis & Associates, P.C.
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
C&A FILE(14-19-10233)